# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DAVID EUGENE GIVENS,<br><br>        Petitioner,<br><br>  v.<br><br>M. MARTEL (Warden),<br><br>        Respondent. | ) EDCV 08-111-CAS (SH)<br>)<br>) ORDER ADOPTING FINAL<br>) REPORT AND RECOMMENDATION<br>) OF UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Final Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition filed herein is denied and the action is dismissed with prejudice.

\\\
\\\
\\\

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 29, 2009

*Christina A. Snyder*

———————————————
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE