JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID EUGENE GIVENS, | ) EDCV 08-111-CAS (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| M. MARTEL (Warden), | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: <u>January 29, 2009</u>

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE